**DISMISS; and Opinion Filed August 9, 2013.**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00574-CV

### CHAMPION CONTRACTORS & SERVICES, LLC, Appellant
### V.
### SAMUEL SUSTER, DANIEL SUSTER, AND CIMA CONTRACTORS, LLC, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01576-2011**

### MEMORANDUM OPINION
Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

Before the Court is appellant's August 6, 2013 motion to dismiss the appeal. Appellant

has informed the Court that it no longer wishes to pursue this appeal. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

130574F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHAMPION CONTRACTORS &
SERVICES, LLC, Appellant

No. 05-13-00574-CV     V.

SAMUEL SUSTER, DANIEL SUSTER,
AND CIMA CONTRACTORS, LLC,
Appellee

On Appeal from the County Court at Law
No. 6, Collin County, Texas.
Trial Court Cause No. 006-01576-2011.
Opinion delivered by Justice Fillmore.
Justices O'Neill and Francis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, SAMUEL SUSTER, DANIEL SUSTER, AND CIMA CONTRACTORS, LLC, recover their costs of this appeal from appellant, CHAMPION CONTRACTORS & SERVICES, LLC.

Judgment entered this 9th day of August, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE